IN THE MATTER OF THE COMMITMENT OF W.J.

February 11, 1985.

Petition for certification denied.   (See 196 *N.J.Super.* 34)

BELLEMEAD DEVELOPMENT CORPORATION v.
DEBORAH SCHNEIDER.

February 11, 1985.

Petition for certification denied.   (See 196 *N.J.Super.* 571)

CYNTHIA LAIRD v. BOROUGH OF WALDWICK.

February 11, 1985.

Petition for certification denied.

MAURICE E. BEVERLY v. PATHMARK OF ARAMINGO.

February 11, 1985.

Petition for certification denied.